Charles C. KRANE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 12807.

United States Court of Appeals
Sixth Circuit.

Sept. 12, 1956.

Pickrel, Schaffer & Ebeling, Dayton, Ohio, for appellant.

Charles K. Rice, Washington, D. C., Hugh K. Martin, James E. Rambo, Dayton, Ohio, for appellee.

PER CURIAM.

Upon agreement of counsel for the respective parties, it is ordered that the appeal in this cause be and it hereby is dismissed. D.C., 136 F.Supp. 864.

---

L. B. PRICE MERCANTILE COMPANY, Appellant,

v.

Elbert J. JOHNSTON et al.

No. 15600.

United States Court of Appeals
Eighth Circuit.

Sept. 12, 1956.

G. D. Walker, Jonesboro, Ark., and Maurice Cathey, Paragould, Ark., for appellant.

Edward L. Westbrooke, J. C. Deacon, Jonesboro, Ark., and Bruce Ivy, Osceola, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed at cost of appellant, on stipulation of parties.

---

A. M. JOYCE, Appellant,

v.

B. J. OYEN et al.

No. 15585.

United States Court of Appeals
Eighth Circuit.

Sept. 14, 1956.

A. M. Joyce, St. Paul, Minn., pro se.

R. M. Saltness, Dawson, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution, on motion of appellee.

---

UNITED STATES of America,
Appellant,

v.

G. W. POWERS and Ida Powers, d/b/a Powers Produce Company.

No. 15615.

United States Court of Appeals
Eighth Circuit.

Sept. 24, 1956.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Ward B. Lewis and Archibald Spencer, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of parties, on stipulation of parties.